## SOFT TOUCH SAUNA, INC. v. RICHFIELD CITY COUNCIL.

226 N. W. 2d 327.

February 21, 1975—No. 45488.

*Thomson, Wylde, Nordby & Friedberg* and *Jack S. Nordby,* for appellant.

*LeFevere, Lefler, Hamilton & Pearson* and *Clayton L. LeFevere,* for respondent.

PER CURIAM.

The court being evenly divided on whether to affirm or dismiss the appeal as being moot, the lower court is affirmed without opinion.

Affirmed without opinion.

MR. JUSTICE PETERSON and MR. JUSTICE KNUTSON took no part in the consideration or decision of this case.